**98–681.   State ex rel. Pohlable v. Ohio Dept. of Rehab. & Corr.**
In *Procedendo.*   On answer of respondents.   Answer treated as motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
    MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
    DOUGLAS, J., would also grant the motion to amend.

**98–702.   State ex rel. Forsyth v. Brigner.**
In Mandamus.   On motion to dismiss of Judge Gerald F. Lorig, motion to dismiss of Judge V. Michael Brigner and Second District Court of Appeals.   Motions to dismiss sustained.   Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–763.   State ex rel. Klostermeyer v. Friedman.**
In Procedendo.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–765.   State ex rel. Valentine v. Ohio Adult Parole Auth.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–769.   State ex rel. Klostermeyer v. Clerk of Courts.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.
    LUNDBERG STRATTON, J., dissents and would grant the writ.

**98–852.   Troutman v. Anderson.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–877.   Cobb v. Anderson.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–887.   Pless v. Anderson.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–905.   Starks v. Anderson. ·**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–915.   Howe v. State.**
In Habeas Corpus.   On petition for writ of habeas corpus and on motion for psychological/competency evaluation.
    *Sua sponte,* cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.